FREDERICK BEDELL, Respondent, *v.* DICTOGRAPH PRODUCTS COMPANY, INC., Appellant.

Argued December 3, 1937; decided January 11, 1938.

*Stanley Osserman, Walter H. Free* and *Theodore F. Tonkonogy* for appellant.

*Charles H. Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.